# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Colorado** | **County of** | **United States District Court** |

Case Number: 1:16-CV-00873

Plaintiff:
**GRANT NEAL**

vs.

Defendant:
**COLORADO STATE UNIVERSITY-PUEBLO; THE UNITED STATES OF AMERICA; et. al.**

DVA2016004009

For:
MICHAEL MIRABELLA
MICHAEL MIRABELLA, PC.
450 EAST 17TH AVE
SUITE 400
DENVER, CO 80203

Received by Denver Attorney Services, LLC on the 13th day of May, 2016 at 10:05 am to be served on **THE UNITED STATES OF AMERICA c/o UNITED STATES DISTRICT ATTORNEY FOR THE DISTRICT OF COLORADO, 1225 17TH AVENUE, STE 700, DENVER, CO 80202.**

I, Robert Stewart, being duly sworn, depose and say that on the **13th day of May, 2016** at **12:45 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS; AMENDED COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET; INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF UNITED STATES MAGISTRATE JUDGE; ORDER OF REFERENCE WITH MAGISTRATE CONSENT FORM** to: **ALEX EEDIN** as **RECEPTIONIST** at the address of: **1225 17TH AVENUE, STE 700, DENVER, CO 80202**, who stated they are authorized to accept service for **THE UNITED STATES OF AMERICA**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 34, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 125, Hair: Blonde, Glasses: N

I declare under oath that I am 18 years or older and not a party to the action.

Subscribed and Sworn to me in Denver County, State of Colorado on the 13th day of May, 2016.

_____
NOTARY PUBLIC

Alec G Solky
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154044850
MY COMMISSION EXPIRES NOVEMBER 17, 2019

_____
**Robert Stewart**
Process Server

**Denver Attorney Services, LLC**
**1660 South Albion Street**
**Suite 204**
**Denver, CO 80222**
**(800) 477-8522**

Our Job Serial Number: DVA-2016004009

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

