IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-00873

GRANT NEAL,

          Plaintiff,

-against-

COLORADO STATE UNIVERSITY-PUEBLO, THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, ROOSEVELT WILSON, individually and as agent for CSU PUEBLO, JENNIFER DELUNA, individually and as agent for CSU PUEBLO, LESLEY DIMARE, individually and as agent for CSU PUEBLO, KAITLYN BLAKEY, individually and as agent for CSU PUEBLO, MARIE HUMPHREY, individually and as agent for CSU PUEBLO, THE UNITED STATES DEPARTMENT OF EDUCATION, THE UNITED STATES DEPARTMENT OF EDUCATION OFFICE FOR CIVIL RIGHTS, JOHN B. KING, JR., individually and as agent for the UNITED STATES DEPARTMENT OF EDUCATION, CATHERINE LHAMON, individually and as agent for the UNITED STATES DEPARTMENT OF EDUCATION OFFICE FOR CIVIL RIGHTS, and THE UNITED STATES OF AMERICA,

          Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Grant Neal, by his attorneys Nesenoff & Miltenberg LLP, together with Michael Mirabella P.C.,

hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, as against defendants Catherine Lhamon and John B. King, Jr., in their *individual capacities* only.

Dated: July 5, 2016

_____
Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
363 7th Avenue, Fifth Floor
New York, NY  10001
212-736-4500
tdavis@nmllplaw.com
Counsel for Plaintiff

-and-

 */s/ Michael J. Mirabella*
Michael J. Mirabella, Esq.
Michael Mirabella, P.C.
450 E. 17th Ave., Suite 400
Denver, CO  80203
720-931-2094 (ph)
303-592-4385
mmirabella@mbellalaw.com
Counsel for Plaintiff