IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   16-cv-00873-RM-CBS | Date:       August 25, 2016 |
| Courtroom Deputy:   Ellen E. Miller | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

GRANT NEAL,   Tara J. Davis  (by telephone)

Plaintiff,

v.

COLORADO STATE UNIVERSITY-   Amy C. Colony
PUEBLO, *et al*   Allison R. Ailer
   Lauren J. Becker
   Jacquelynn N. Rich Fredericks
   Matthew J. Berns  (by telephone)

   Rebecca Peterson-Fisher, for *"Amici"*
Defendant.   (by telephone)

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:**   3:32 p.m.
Court calls case.  Appearances of counsel.

The Court raises the Motion of *Amici Curiae* Equal Rights Advocates *et al*  for discussion.

**It is ORDERED:**   Motion of *Amici Curiae* Equal Rights Advocates *et al* for Leave for [sic] File Amicus Brief in Support of Defendants United States Department of Education, United States Department of Education Office for Civil Rights, John B. King, Jr., Catherine Lhamon, and United States of America's Motion to Dismiss [Docket No. **38,** filed July 19, 2016] is **DENIED without prejudice** for reasons as set forth on the record.

Hearing concluded.
**Court in recess:**   3:52 p.m.
Total time in court:   00:20

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.