IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

GRANT NEAL,

Plaintiff,

v.

COLORADO STATE UNIVERSITY-PUEBLO,
THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM,
ROOSEVELT WILSON,
JENNIFER DELUNA,
LESLEY DIMARE,
KAITLYN BLAKEY,
MARIE HUMPHREY,
THE UNITED STATES DEPARTMENT OF EDUCATION,
THE UNITED STATES DEPARTMENT OF EDUCATION OFFICE FOR CIVIL RIGHTS,
JOHN B. KING, JR.,
CATHERINE LHAMON, and
THE UNITED STATES OF AMERICA,

Defendants.

---

**[UNOPPOSED] COLORADO STATE UNIVERSITY PUEBLO DEFENDANTS'
MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR REPLY BRIEF**

---

Defendants, through the Colorado Attorney General, Senior Assistant Attorney General Amy Colony, respectfully submit the following Motion for Leave to Exceed Page Limit for their Reply in Support of Motion to Dismiss. In support thereof, Defendants state as follows:

1.     Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with Plaintiff's counsel regarding this motion via email correspondence on September 26, 2016. Plaintiff's counsel advised they do not object to the relief sought herein.

2. In the Practice Standards set forth by Hon. Judge Raymond P. Moore, reply briefs filed pursuant to F.C.R.P. 12 are not to exceed fifteen (15) pages in length. Civ. Practice Standard IV.B.1.

3. Undersigned counsel is drafting a Reply in support of the Motion to Dismiss that will exceed fifteen pages. Defendants request leave to exceed the fifteen page limitation for the reasons set forth below. Civ. Practice Standard IV.B.3.

4. This matter arises out of allegations of disciplinary proceedings initiated against Plaintiff in 2015 for sexual misconduct under the University's Code of Student Conduct.

5. The Amended Complaint [ECF No. 8], asserts five separate claims against both the entity defendant and five individual University employees: Title IX gender discrimination, Fourteenth Amendment Due Process, Breach of Contract, Breach of Duty of Good Faith and Fair Dealing, and Promissory Estoppel. **The Amended Complaint consists of 90 pages and 422 enumerated paragraphs.** On July 11, 2016, the CSU-Pueblo Defendants filed a 25 page Motion to Dismiss. [ECF No. 27]. On August 30, 2016, Defendants filed a 34 page Response to the Motion to Dismiss. [ECF No. 55]

6. Defendants believe that in order to accurately and sufficiently address the complex legal arguments raised by the **five claims** stated against the CSU-Pueblo Defendants, as well as the 34 pages of argument submitted by Plaintiff, the Reply in support of the Motion to Dismiss must exceed the fifteen page limitation by approximately seven (7) pages.

7. Undersigned counsel has diligently attempted to reduce the page number for the motion, but believes, in good faith, that the excess pages are necessary in light of the numerous allegations and multiple claims asserted by the Amended Complaint.

WHEREFORE, Defendants respectfully request that they be granted leave to exceed the fifteen page limitation by seven (7) additional pages for their Motion to Dismiss.

Respectfully submitted this 27th day of September 2016.

        CYNTHIA H. COFFMAN
        Attorney General

        *s/ Amy Colony*
        AMY COLONY*
        Senior Assistant Attorney General
        ALISON AILER
        LAUREN BECKER
        JACQUELYNN RICH FREDERICKS
        Assistant Attorney(s) General
        Attorneys for CSU-Pueblo Defendants

        1300 Broadway, 10th Floor
        Denver, CO 80203
        Telephone: (720) 508-6600
        FAX: (720) 508-6032
        Email:
        amy.colony@coag.gov
        Allison.ailer@coag.gov
        jacquelynn.RichFredericks@coag.gov
        lauren.becker@coag.gov
        *Counsel of Record

CERTIFICATE OF SERVICE

I certify that I served the foregoing **[UNOPPOSED] COLORADO STATE UNIVERSITY PUEBLO DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR REPLY BRIEF** upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United State mail, first-class postage prepaid, at Denver, Colorado, this 27th day of September 2016 addressed as follows:

Michael J. Mirabella, Esq.
450 E. 17th Avenue, Suite 400
Denver, CO 80203
mmirabella@mbellalaw.com

Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
Jeffrey Berkowitz, Esq.
363 7th Avenue, Fifth Floor
New York, NY 10001
amiletenberg@nmllplaw.com
tdavis@mmllplaw.com
jberkowitz@mmllplaw.com

Matt Berns
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8016
Matthew.J.Berns@usdoj.gov

*s/ Amy Colony*