IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 16-cv-00873-RM-CBS          Date: October 18, 2016
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

GRANT NEAL,                               Tara Davis (by phone)
                                          Michael Mirabella

Plaintiff,

v.

THE UNITED STATES DEPARTMENT              Allison Ailer
OF EDUCATION, *et al.,*                   Amy Colony
                                          Jacquelynn Rich Fredericks
                                          Lauren Becker
                                          Matthew Berns (by phone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 08:50 a.m.**
Court calls case.  Appearances of counsel.

Ms. Davis requests oral argument for Motions to Dismiss [docs. 27 and 31].  The court has the morning of October 31st and the afternoon of November 7th available.  Ms. Davis shall contact the court with a chosen date.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

Discussion regarding proposed deadlines, anticipated discovery, and how to streamline the case.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
The Plaintiff and state defendants may take **10** depositions, **excluding** experts.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.

**ORDERED:**  Parties shall serve an initial set of written discovery within 30 days of today.

**ORDERED:**  A Telephone Status Conference is set for **November 16, 2016 at 8:30 a.m.** to discuss the scope of the case and to set additional deadlines.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Hearing concluded.

**Court in recess: 09:26 a.m.**
Total time in court:     00:36

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.