IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Case No. 1:16-cv-00873-RM-CBS

GRANT NEAL,

                Plaintiff,

       -against-

COLORADO STATE UNIVERSITY-
PUEBLO, ROOSEVELT WILSON,
individually and as agent for CSU PUEBLO,
JENNIFER DELUNA, individually and as
agent for CSU PUEBLO, LESLEY DIMARE,
individually and as agent for CSU PUEBLO,
KAITLYN BLAKEY, individually and as
agent for CSU PUEBLO, MARIE
HUMPHREY, individually and as agent for
CSU PUEBLO, THE UNITED STATES
DEPARTMENT OF EDUCATION, THE
UNITED STATES DEPARTMENT OF
EDUCATION OFFICE FOR CIVIL RIGHTS,
JOHN B. KING, JR., individually and as agent
for the UNITED STATES DEPARTMENT OF
EDUCATION, CATHERINE LHAMON,
individually and as agent for the UNITED
STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS, and
THE UNITED STATES OF AMERICA,

                Defendants.

_____

PLAINTIFF'S NOTICE of WAIVER of ORAL ARGUMENT

_____

      At the Scheduling Conference held on October 18, 2016, the Court inquired about the parties'
positions regarding Oral Argument on the pending Motions to Dismiss [Doc 27 and 31].  Plaintiff hereby
waives any request for Oral Argument on the pending motions.  The motions have been fully briefed
and may be addressed by the court without need for further briefing or argument by counsel.

Dated this 3rd day of November, 2016.

*/s/ Michael J. Mirabella*
*[ e-filing – November 3, 2016]*

---

Michael J. Mirabella, Esq.
Michael Mirabella, P.C.
450 E. 17th Ave., Suite 400
Denver, CO  80203
720-931-2094 (ph)
303-592-4385
mmirabella@mbellalaw.com
Counsel for Plaintiff

*/s/ Andrew T. Miltenberg*
*[ e-filing – November 3,2016]*

---

Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
Jeffrey Berkowitz, Esq.
363 7th Avenue, Fifth Floor
New York, NY  10001
212-736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
jberkowitz@nmllplaw.com
Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Notice of Waiver of Oral Argument** has been electronically filed this 3rd day of Novenber, 2016, and served upon the following:

Jacquelynn N. Rich Fredericks
Assistant Attorney General
Higher Education, State Services Section
1300 Broadway, 10th Floor
Denver, CO  80203
720-508-6603
Jacquelynn.richfredericks@coag.gov


Amy Colony

Assistant Attorney General
Tort Litigation, Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
720-508-6615 (ph)
Amy.colony@coag.gov


Lauren Jaye Becker
Assistant Attorney General
Higher Education, State Services Section
1300 Broadway, 10th Floor
Denver, CO  80203
720-508-6183 (ph)
Lauren.becker@coag.gov


Allison R. Ailer
Assistant Attorney General
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, CO  80203
720-508-6617 (ph)
Allison.ailer@coag.gov

Matthew J. Berns
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW
Washington, D.C. 20530
202-616-8016 (ph)
Matthew.j.berns@usdoj.gov

*s/ Juliann Tricarico*

*Original signatures are maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*