IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 16-cv-00873-RM-CBS | Date: November 16, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*        *Counsel:*

GRANT NEAL,        Tara Davis
       Michael Mirabella

Plaintiff,

v.

COLORADO STATE UNIVERSITY-PUEBLO, *et al.,*        Amy Colony
       Jacquelynn Rich Fredericks
       Michael Mirabella

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONE STATUS CONFERENCE**
**Court in session: 08:32 a.m.**
Court calls case. Appearances of counsel.

Since the last hearing, the Plaintiff has served an initial set of written discovery, filed *[75] Plaintiff's Notice of Waiver of Oral Argument*, and *[77] Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)*. Discussion regarding dismissed parties. The Defendants do not oppose dismissing these parties in their individual capacities.

The State Defendants will serve written discovery tomorrow and are working on their discovery responses from the Plaintiff.

**ORDERED:** *[75] Plaintiff's Notice of Waiver of Oral Argument* is **GRANTED.**

HEARING CONCLUDED.

**Court in recess: 08:42 a.m.**
Total time in court: 00:10

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.