IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00873-RM-CBS

GRANT NEAL,

Plaintiff,

v.

COLORADO STATE UNIVERSITY-PUEBLO, *et al.*,
,

Defendants.

---

**COLORADO STATE UNIVERSITY PUEBLO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSIONS, REQUEST FOR PRODUCTION AND INTERROGATORIES**

---

Colorado State University-Pueblo Defendants, through the Colorado Attorney General, Senior Assistant Attorney General Amy Colony, respectfully submit the following Motion for Extension of Time to Respond to Plaintiff's First Set of Request for Admissions, Request for Production and Interrogatories.  In support thereof, Defendants state as follows:

1.   Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with Plaintiff's counsel regarding this motion via email correspondence on December 2, 2016.  Plaintiff's counsel advised they do not object to the relief sought herein.

2.   The undersigned counsel certifies they have served this motion on their respective clients via e-mail in accordance with D.C.COLO.LCivR 6.1(c).

3. Plaintiff's Amended Complaint [ECF No. 8], asserts five separate claims against both the entity defendant and five individual University employees: Title IX gender discrimination, Fourteenth Amendment Due Process, Breach of Contract, Breach of Duty of Good Faith and Fair Dealing, and Promissory Estoppel. The Amended Complaint consists of 90 pages, 422 enumerated paragraphs and approximately 109 factual allegations.

4. On November 9, 2018, Plaintiff served twenty-four (24) Requests for Production on the CSU-Pueblo Defendants, two (2) Interrogatories, and fourteen (14) Requests for Admission. The information and documentation Plaintiff has requested is extensive. Interrogatory No. 1 seeks a table listing eleven discrete categories of information concerning each written complaint of sexual misconduct filed by University students since January 1, 2006 to the present. The Requests for Production likewise seek a substantial volume of materials on broad subject matters, most dating back to 2011. The following is a sample of the broad categories of materials sought by Plaintiff's written discovery :

> All documents and communications concerning the Defendants' interactions and/or communications with the United States Department of Education Office for Civil Rights from January 1, 2011 to the present date filed by and/or against students at CSUP, including any complaints filed against the University, concerning the investigation and/or adjudication of any sexual misconduct complaints.

> All documents and communications between any administrator or agent of the University and any third-party consultant concerning sexual assault on campus, University policies concerning sexual misconduct complaints, incidents of sexual misconduct on campus, disciplinary decisions, interactions with the United State Department of Education and/or any other discussion concerning the investigation and adjudication of sexual misconduct complaints for the period January 1, 2011 to the present.

>All documents and communications drafted or propounded by any University Defendant concerning sexual misconduct, sexual assault, sexual harassment, the Dear Colleague Letter and/or Title IX, from January 1, 2011 to the present.

5. Pursuant to Fed. R. Civ. P. 33(b)(3), 34(b)(A), and 35(a)(3), Defendants' Responses must be served by December 9, 2016, or pursuant to Rules 6(a)(1)(C) and 6(d), by December 12, 2016.

6. These inquiries have required and will require many hours of attorney and CSU-Pueblo staff time in historical reconstruction, retrieval and analysis of pertinent information, including electronically stored information, determination of relevancy and the applicability of privilege.

7. Defendants have spent the last three weeks consulting with their client and diligently collecting and compiling responsive materials to Plaintiff's first set of written discovery. Efforts have been hindered by the fact that two of the named defendant staff members who maintained the majority of the materials sought by Plaintiff, former Title IX coordinators Kaitlyn Blakey and Roosevelt Wilson, have left the employment of the University for other positions. The administrative office at CSU-Pueblo is otherwise short-staffed at this time.

8. The undersigned counsel require additional time to review a significant volume of documents for responsiveness and privilege, make redactions to protect student privacy as required by federal law, compile a privilege log, and identify in the responses the bates-numbered documents that correspond to specific Requests propounded by Plaintiff.

9. Defendants request that they be granted an additional **14 days**, up to and including **December 23, 2016**, in which to serve their Responses to the written discovery served by Plaintiff on November 9.

10. A discovery deadline has not been set in this matter.

11. No party will be prejudiced by the court granting the relief requested herein.

WHEREFORE, Defendants respectfully request that they be granted up to and including **December 23, 2016,** to file their Responses to Plaintiff's First Set of Request for Admissions, Request for Production and Interrogatories.

Respectfully submitted this 5th day of December 2016.

> CYNTHIA H. COFFMAN
> Attorney General
>
> *s/ Amy Colony*
> _____
> AMY COLONY*
> Senior Assistant Attorney General
> ALISON AILER
> LAUREN BECKER
> JACQUELYNN RICH FREDERICKS
> Assistant Attorney(s) General
> Attorneys for CSU-Pueblo Defendants
>
> 1300 Broadway, 10th Floor
> Denver, CO 80203
> Telephone: (720) 508-6600
> FAX: (720) 508-6032
> Email:
> amy.colony@coag.gov
> allison.ailers@coag.gov
> jacquelynn.richFredericks@coag.gov
> lauren.becker@coag.gov
>
> *Counsel of Record

<u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing **COLORADO STATE UNIVERSITY PUEBLO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSIONS, REQUEST FOR PRODUCTION AND INTERROGATORIES** upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United State mail, first-class postage prepaid, at Denver, Colorado, this 5th day of December 2016 addressed as follows:

Michael J. Mirabella, Esq.
450 E. 17th Avenue, Suite 400
Denver, CO 80203
mmirabella@mbellalaw.com

Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
Jeffrey Berkowitz, Esq.
363 7th Avenue, Fifth Floor
New York, NY 10001
amiletenberg@nmllplaw.com
tdavis@mmllplaw.com
jberkowitz@mmllplaw.com

Matt Berns
U.S Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-8016
Matthew.J.Berns@usdoj.gov

*s/ Amy Colony*