IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Case No. 1:16-cv-00873-RM-CBS

GRANT NEAL,

                          Plaintiff,

      -against-

COLORADO STATE UNIVERSITY-
PUEBLO, ROOSEVELT WILSON,
individually and as agent for CSU PUEBLO,
JENNIFER DELUNA, individually and as
agent for CSU PUEBLO, LESLEY DIMARE,
individually and as agent for CSU PUEBLO,
KAITLYN BLAKEY, individually and as
agent for CSU PUEBLO, MARIE
HUMPHREY, individually and as agent for
CSU PUEBLO, THE UNITED STATES
DEPARTMENT OF EDUCATION, THE
UNITED STATES DEPARTMENT OF
EDUCATION OFFICE FOR CIVIL RIGHTS,
JOHN B. KING, JR., individually and as agent
for the UNITED STATES DEPARTMENT OF
EDUCATION, CATHERINE LHAMON,
individually and as agent for the UNITED
STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS, and
THE UNITED STATES OF AMERICA,

                          Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS**

_____

_____

Plaintiff Grant Neal, ("Plaintiff") by his attorneys, Nesenoff & Miltenberg, LLP and Michael Mirabella P.C., hereby file this Unopposed Motion for extension of time to Respond to Defendants' First Set of Written Discovery. As grounds therefore, Plaintiff states:

In accordance with D.C.Colo.LCivR 7.1(a)(c), counsel for Plaintiff and Defendants consulted regarding the relief requested herein. Of note, both Plaintiff and Defendants' mutually requested extensions of time to respond to discovery. Defendants' counsel does not oppose the relief requested. Further, undersigned counsel certifies that they have served this motion on their client pursuant to D.C.Colo.LCivR 6.1(c).

1. On November 17, 2016, Defendants served their First Set of written discovery on Plaintiff, including Requests for Admissions, Requests to Produce Documents and Interrogatories. The requests seek extensive and detailed information. Responding to these requests has and will continue to consume significant time and effort for Plaintiff and his counsel..

2. Plaintiff's counsel requires additional time to ensure complete responses, objections and where applicable, privilege logs, in order to fully and accurately respond to the pending discovery and protect plaintiff's rights regarding such responses.

3. Plaintiff's Discovery Responses are currently due on or before December 19, 2016. Plaintiff respectfully requests an extension of 14 days, to and including January 2, 2017.

4. A discovery Deadline has not been set in this matter.

5. No party will be prejudiced by the Court granting the relief requested herein.

Dated this 7th day of December, 2016.

*/s/ Michael J. Mirabella*
*[ e-filing – December 7, 2016]*

>Michael J. Mirabella, Esq.
>Michael Mirabella, P.C.
>450 E. 17th Ave., Suite 400
>Denver, CO  80203
>720-931-2094 (ph)
>303-592-4385
>mmirabella@mbellalaw.com
>Counsel for Plaintiff
>
>*/s/ Andrew T. Miltenberg*
>*[ e-filing – April __,2016]*
>
>Andrew T. Miltenberg, Esq.
>Tara J. Davis, Esq.
>Jeffrey Berkowitz, Esq.
>363 7th Avenue, Fifth Floor
>New York, NY  10001
>212-736-4500
>amiltenberg@nmllplaw.com
>tdavis@nmllplaw.com
>jberkowitz@nmllplaw.com
>Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS has been electronically filed this 17th day of August, 2016, and served upon the following:

>Jacquelynn N. Rich Fredericks
>Assistant Attorney General
>Higher Education, State Services Section
>1300 Broadway, 10th Floor
>Denver, CO  80203
>720-508-6603
>Jacquelynn.richfredericks@coag.gov

Amy Colony
Assistant Attorney General
Tort Litigation, Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
720-508-6615 (ph)
Amy.colony@coag.gov


Lauren Jaye Becker
Assistant Attorney General
Higher Education, State Services Section
1300 Broadway, 10th Floor
Denver, CO  80203
720-508-6183 (ph)
Lauren.becker@coag.gov


Allison R. Ailer
Assistant Attorney General
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, CO  80203
720-508-6617 (ph)
Allison.ailer@coag.gov

Matthew J. Berns
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW
Washington, D.C. 20530
202-616-8016 (ph)
Matthew.j.berns@usdoj.gov


*s/ Michael J. Mirabella*

*Original signatures are maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*