**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00873-RM-CBS

GRANT NEAL,

    Plaintiff,

v.

COLORADO STATE UNIVERSITY-PUEBLO,
THE BOARD OF GOVERNORS OF THE STATE OF COLORADO STATE UNIVERSITY SYSTEM,
ROOSEVELT WILSON, as agent for CSU-PUEBLO,
JENNIFER DELUNA, as agent for CSU-PUEBLO,
LESLEY DIMARE, as agent for CSU-PUEBLO,
KAITLYN BLAKELEY, as agent for CSU-PUEBLO,
MARIE HUMPHREY, as agent for CSU-PUEBLO,
THE UNITED STATES DEPARTMENT OF EDUCATION,
THE UNITED STATES DEPARTMENT OF
EDUCATION OFFICE FOR CIVIL RIGHTS,
JOHN B. KING, JR., as agent for the UNITED STATES DEPARTMENT OF EDUCATION,
CATHERINE LHAMON, as agent for THE UNITED STATES DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS, and
THE UNITED STATES OF AMERICA,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER (Doc. 112) of Judge Raymond P. Moore, entered on September 11, 2017, it is

ORDERED that the Recommendation of Magistrate Judge Scott T. Craig B. Shaffer (Doc. 87) is adopted in part and rejected in part.   It is

FURTHER ORDERED that the State Defendants' Motion to Dismiss (Doc. 27) is denied as moot.   It is

FURTHER ORDERED that the Federal Defendants' Motion to Dismiss (Doc. 31) is granted. It is

FURTHER ORDERED that Plaintiff's Amended Complaint and all claims against the Federal Defendants are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of the Federal Defendants, the United States Department of Education, the United States Department of Education Office for Civil Rights, John B. King, Jr. as agent for the United States Department of Education, Catherine Lhamon as agent for the United States Department of Education Office of Civil Rights, and the United States of America; and against the plaintiff, Grant Neal.

Dated at Denver, Colorado this 11th day of September, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ C. Pearson

C. Pearson
Deputy Clerk